FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 22, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW ALLEN PEHL, aka Kenzie McKenna; aka Blablabla Geeee; aka Doopersboop; aka Dyonus; aka Mattycakes,<br><br>Defendant. | NO: 2:19-CR-146-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br>**\*\*US MARSHAL ACTION REQUIRED\*\*** |

BEFORE THE COURT is the Government's Motion to Dismiss the Indictment against Defendant Matthew Allen Pehl Without Prejudice, ECF No. 17, and accompanying Motion to Expedite hearing of the same, ECF No. 18. Having reviewed the Motion to Dismiss, the Court finds that the Government has cogently explained its decision to seek dismissal without prejudice and notes that the Government represents that it has conferred with Defendant prior to filing the motion. *See* ECF No. 17. There is no indication on the record before the Court that dismissal without prejudice under Federal Rule of Criminal Procedure 48(a)

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

contravenes the "manifest public interest." *See United States v. Gonzalez*, 58 F.3d 459, 462 (9th Cir. 1995) (indicating that the district court retains limited discretion to deny even an uncontested motion to dismiss under Rule 48(a), but only where dismissal without prejudice would be "contrary to the manifest public interest").

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion to Expedite, **ECF No. 18**, is **GRANTED**, upon a finding of good cause.

2. The Government's Motion to Dismiss Indictment Without Prejudice, **ECF No. 17**, is **GRANTED**.

3. The Indictment filed at ECF No. 1 is **dismissed without prejudice**.

4. The United States Marshals Service shall return Defendant to the custody of the State of Washington. *See* ECF No. 7 (Writ of Habeas Corpus Ad Prosequendum).

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel and the United States Marshal.

**DATED** October 22, 2019.

                                        *s/ Rosanna Malouf Peterson*
                                      ROSANNA MALOUF PETERSON
                                        United States District Judge